

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**U. S. Probation Office**

**FILED**

JAN 10 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

**Thomas M. Holter**
Chief U.S. Probation Officer

January 7, 2019

Missoula Division
P. O. Box 7675
Missoula, MT 59807
(406) 542-7100
Fax (406) 542-7119

**RE: Peggy Ann DeYoung**
**0977 9:16CR00012-001**
**Request for International Travel**

Dear Judge Christensen:

On April 20, 2017, the defendant appeared for sentencing after having pled guilty to the offense of Conspiracy to Defraud the United States. The offense involved the defendant and her husband willfully attempting to evade federal income taxes between 2008 and 2011, resulting in criminal tax loss of $376,350. The defendant was sentenced to 4 months custody, followed by 36 months supervised release. The defendant began the current term of supervised release on September 22, 2017.

The defendant is requesting to travel to Spain between February 8, 2019, and April 10, 2019. She plans to stay with her son Casey and his family in Viana de Cega, and visit extended family living in Valladolid.

The undersigned officer supports the defendant's travel request. Her husband recently passed away from cancer, and she would like to spend time with her son and his family on this trip. The defendant has paid her financial obligations to the Court in full, and is in compliance with the remaining conditions of her supervision. The defendant has the financial means to cover all expenses associated with the trip.

Respectfully submitted,

Tucker Hood
United States Probation Officer

**ORDER OF COURT**

☐ Denied

☒ Approved

☐ Other

*Dana L. Christensen* (signature)

Dana L Christensen

Chief United States District Judge

1/10/2019

Date